IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALEJANDRO MAGANA,<br><br>          Plaintiff,<br><br>     v.<br><br>CARYL ANN CORDER,<br><br>          Defendant.<br>_____/ | No. 08-03264 CW<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AND RESETTING CASE MANAGEMENT CONFERENCE |

   On October 22, 2008, Martin James Martinez, attorney for Plaintiff Manuel Alejandro Magana, filed an Ex-Parte Motion to Be Relieved as Counsel of Record/Request to Vacate ADR Scheduling and Case Management Conference Presently Set for the 27th of October 2008.  Plaintiff Manuel Alejandro Magana must respond to the motion by November 7, 2008, and any reply will be due November 14, 2008. A hearing on the motion and a Case Management Conference will be held on November 25, 2008, at 2:00 p.m.  Plaintiff's attorney need not file a Case Management Conference Statement.  Plaintiff Manuel Alejandro Magana must appear in person at the Case Management Conference if he wishes to pursue the case; if not, the case will be dismissed for failure to prosecute.  Mr. Martinez shall serve a copy of this order on Plaintiff.

1    IT IS SO ORDERED.

2        10/23/08

3  Dated _____              *Claudia Wilken*
                                       _____
4                                      CLAUDIA WILKEN
                                       United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MAGANA et al,

        Plaintiff,

  v.

COOPER et al,

        Defendant.

Case Number: CV08-03264 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Alejandro Magana
272 Hickory Street
Napa, CA  94558

Dated: October 23, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3